**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kevin Tatsugawa,

    Plaintiff,

vs.

Arizona Board of Regents,

    Defendant.

No. CV-08-8045-PCT-PGR

ORDER OF PARTIAL DISMISSAL

IT IS ORDERED that the parties' Stipulation to Dismiss Defendants State of Arizona and Northern Arizona University and Count 3 of the Complaint (doc. #22) is accepted.

IT IS FURTHER ORDERED that defendants State of Arizona and Northern Arizona University are dismissed from this action.

IT IS FURTHER ORDERED that the caption of this action is amended to the extent that the Arizona Board of Regents shall be the sole defendant.

IT IS ORDERED that Count 3 of the Complaint, the Harassment claim, is dismissed from this action.

DATED this 23rd day of October, 2008.

Paul G. Rosenblatt
United States District Judge