**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Tatsugawa,<br><br>            Plaintiff,<br>    vs.<br><br>State of Arizona, et al.,<br><br>            Defendants. | No. CV-08-8045-PCT-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismiss (doc. #29) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 26th day of January, 2009.

Paul G. Rosenblatt
United States District Judge